UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:10-CR-266-1H(2)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| RAYMOND JONES | ) | |
|    a/k/a Muburak Muhammad | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to MUBURAK MUHAMMAD be changed to reflect the proper identification of the defendant as RAYMOND JONES, a/k/a "Muburak Muhammad".

This the __9th__ day of **November**, 2010.

                                                 HONORABLE MALCOLM J. HOWARD
                                               SENIOR UNITED STATES DISTRICT JUDGE